UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ROSE WISE,**
 **Plaintiff.**
**vs.**           **CASE NO.: 15-cv-60686-DPG**

**CITY OF LAUDERHILL,**
 **Defendant.**
_____/

## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

COMES NOW, IRA SCOT SILVERSTEIN, LLC, and hereby files this, its Motion to Withdraw as Attorney for Plaintiff, ROSE WISE, and sets forth:

1. Irreconcilable differences have arisen between the undersigned and the Plaintiff which has made continued representation impossible.

2. There are no dispositive Motions or discovery requests pending nor is this matter set for trial.

WHEREFORE, IRA SCOT SILVERSTEIN, LLC respectfully requests this Honorable Court to allow it to withdraw as attorney for Plaintiff and relieve it from any and all responsibilities hereto.

I HEREBY CERTIFY that a true and correct copy of the following was e-filed and served either through the CM/ECF system or First Class U.S. Mail, as indicated, on this 9th day of April, 2015, upon all people on the attached service list.

          IRA SCOT SILVERSTEIN, LLC
          ATTORNEYS FOR PLAINTIFF
          2900 West Cypress Creek Road, Suite 6
          Fort Lauderdale, FL  33309
          (954) 773-9911
          (954) 369-5034 fax
          service@isslaweyer.com

By:/s/ Ira Scot Silverstein, Esq.
Ira Scot Silverstein, Esq.
FNB: 0009636

**SERVICE LIST –15-cv-60686-DPG**

William E. Calnan, Esq.
Waldman Trigoboff Hildebrandt Marx & Calnan, P.A.
500 East Broward Blvd., Suite 1700
Fort Lauderdale, FL  33394
wcalnan@waldmanlawfirm.com

Ms. Rose Wise
3036 NW 8th Court
Fort Lauderdale, FL  33311
Via First Class U.S. Mail