## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ROSE WISE,**
      **Plaintiff.**

**vs.**                           **CASE NO.: 15-cv-60686-DPG**

**CITY OF LAUDERHILL,**
      **Defendant.**

_____/

## AFFIDAVIT OF JODI SANDAK IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

STATE OF FLORIDA           )
                                )
COUNTY OF BROWARD      )

        BEFORE ME, the undersigned authority, did appear, JODI SANDAK, who, after being duly sworn, deposes and says:

1. I am over eighteen (18) years of age and have personal knowledge of the facts contained herein.

2. I am the office manager and employee for Ira Scot Silverstein, LLC., and have been so employed since 2013.

3. Plaintiff, ROSE WISE, is a client of the Firm.

4. I personally spoke with Ms. Wise on April 30, 2015, at 3:10 p.m., to inquire as to whether she objected to Mr. Silverstein's Motion to Withdraw and requested that she provide Mr. Silverstein with an e-mail indicating she had no objection.

# (THIS SPACE INTENTIONALLY LEFT BLANK)

5. Ms. Wise advised that her computer had a virus and could not send e-mails.

However, she did authorize me to execute an Affidavit swearing, under oath, that she

had no objection to his withdrawal.

FUIRTHER AFFIANT SAYETH NAUGHT.

_____
JODI SANDAK, Affiant

SWORN AND SUBSCRIBED before me, on this 30th day April, 2015, after being duly

sworn, did appear JODI SANDAK, who is personally known to me, and who did take an oath.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

IRA SCOT SILVERSTEIN
MY COMMISSION #FF188777
EXPIRES January 12, 2019
(407) 398-0153    FloridaNotaryService.com