UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-60686-CIV-GAYLES

ROSE WISE,

    Plaintiff

vs.

CITY OF LAUDERHILL,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO
## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

Defendant, CITY OF LAUDERHILL (the "City"), respectfully provides the following as its response to the Motion to Withdraw as Attorney for Plaintiff, *D.E. 6*:

1. Had Plaintiff's counsel conferred with the undersigned, we would have confirmed that the City has no opposition to the Motion.

2. However, given the prior history of this case (including, upon our information and belief, the withdrawal of several prior attorneys for Plaintiff) as well as the pending Motion to Dismiss filed by the City, *D.E. 7*, the City requests that any Order permitting the withdrawal of counsel include specific deadlines for Plaintiff to: (1) retain new counsel if she desires, or provide written notice of her intention to proceed *pro se*, and (2) respond to the Motion to Dismiss.

Respectfully submitted,

WALDMAN TRIGOBOFF HILDEBRANDT
   MARX & CALNAN, P.A.
Counsel for Defendant
500 E. Broward Boulevard, Suite 1700
Fort Lauderdale, Florida  33394
Telephone: (954) 467-8600
Facsimile: (954) 467-6222

By:   /s William E. Calnan
       William E. Calnan
       Florida Bar No. 938785
       Wcalnan@waldmanlawfirm.com
       Douglas T. Marx
       Florida Bar No.  0089834
       Dmarx@waldmanlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by E- Mail on this 30th day of April, 2015, upon counsel for Plaintiff, Ira Scot Silverstein, Esq., service@isslawyer.com; Ira Scot Silverstein, LLC, 2900 W. Cypress Creek Road, Ste. 6, Ft. Lauderdale, FL 33309.

      WALDMAN TRIGOBOFF HILDEBRANDT
        MARX & CALNAN, P.A.
      Counsel for Defendant
      500 E. Broward Boulevard, Suite 1700
      Fort Lauderdale, Florida  33394
      Telephone: (954) 467-8600
      Facsimile: (954) 467-6222

      By:   /s William E. Calnan
            William E. Calnan
            Florida Bar No. 938785
            Wcalnan@waldmanlawfirm.com
            Douglas T. Marx
            Florida Bar No.  0089834
            Dmarx@waldmanlawfirm.com