UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**ROSE WISE**
        **Plaintiff,**                            **CASE NO: 15-CV-60686-DPG**

**vs.**

**CITY OF LAUDERHILL**
        **Defendants.**
_____/

## JOINT SCHEDULING REPORT

Plaintiff, ROSE WISE (hereinafter referred to as "Plaintiff"), and Defendant, CITY OF LAUDERHILL , (hereinafter referred to as "Defendant"), pursuant to Local Rule 16.1(B)(2) of the Federal Rules of Civil Procedure and Southern District of Florida Local Rules, and this Court's Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties, ("Order") [D.E.   ], hereby submit the following Joint Scheduling Report:

    **A. The Likelihood of Settlement:**

The likelihood of settlement at this time is not favorable. However, the Plaintiff and Defendant, through their respective legal counsels, will continue to have discussions regarding this matter in an attempt to resolve the issues raised in the Complaint.

    **B. The Likelihood of Appearance in the Action of Additional Parties:**

At this time, the parties do not anticipate the appearance of additional parties in this matter but reserve their right to join additional parties by the time frame set forth below.

    **C. Proposed Time Limits:**

    **i.  To Join Parties and the Amend Pleadings:** 02/15/2016

    **ii  To File and Hear Pretrial Motions:**  08/10/2016

    **iii To Complete Discovery** 05/31/2016

  **D.  Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment:**

The parties will attempt to simplify the issues but do not have a specific plan to do so at this time.

  **E.  The Necessity or Desirability of Amendments to Pleadings:**

At this time, the parties do not anticipate the need to amend the pleadings in this matter but reserve the right to do so by the time frame set forth below.

  **F.  The Possibility of Obtaining Admission of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence:**

The parties will agree to attempt to stipulate to facts and admissibility of evidence prior to trial, as to those facts and evidence where there is no dispute. The parties will make electronically stored information available in paper or electronic form.

  **G.  Suggestions for Avoidance of Unnecessary Proof and of Cumulative Evidence:**

None at this time.  However, the parties anticipate effectively using the required Joint Pretrial Stipulation for that purpose.

**H. Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master:**

The parties consent to the referral of discovery disputes and dispositive motions to the Magistrate Judge only.

**I. A Preliminary Estimate on the Time Required for Trial:**

The time for trial is approximately three (3) days.

**J. Requested Date or Dates for Conferences before Trial, A Final Pretrial Conference, and Trial:**

The parties agree that any conferences before trial or a pretrial conference will be held at the Court's discretion. The trial date is set for 09/06/2016.

**K. Other Information that Might be Helpful to the Court in Setting the Case for Status or Pretrial Conference:**

None at this time.

Dated: November ___, 2015.

Respectfully submitted,

By: */s/ Ray Garcia*
Ray Garcia, Esq.
Florida Bar No. 0115850
Law Office of Ray Garcia, P.A.
14850 SW 26th Street, Suite 204
Miami, Florida 33185

T: 305-227-4030
F: 305-223-9811
Email: rgarcia@raygarcialaw.com
Counsel for Plaintiff


By: /s/ William Edward Calnan
William Edward Calnan, Esq.
wcalnan@waldmanlawfirm.com
Waldman Trigoboff Hildebrandt Marx
& Calnan, P.A.
500 East Broward Blvd.
Suite 1700
Fort Lauderdale, Florida 33394
Counsel for Defendant


### CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing System:

By: /s/ Ray Garcia
Ray Garcia, Esq.


### SERVICE LIST
**(Case No.: 15-CV-60686-DPG)**

**Douglas Todd Marx, Esq.**
Dmarx@waldmanlawfirm.com
Waldman Trigoboff Hildebrandt Marx
& Calnan, P.A.
500 East Broward Blvd.
Suite 1700
Fort Lauderdale, Florida 33394
Counsel for Defendant

**William Edward Calnan, Esq.**
wcalnan@waldmanlawfirm.com
Waldman Trigoboff Hildebrandt Marx

& Calnan, P.A.
500 East Broward Blvd.
Suite 1700
Fort Lauderdale, Florida 33394
Counsel for Defendant

**Ray Garcia, Esq.**
service@raygarcialaw.com
rgarcia@raygarcialaw.com
The Law Office of Ray Garcia, P.A.
14850 SW 26 Street
Suite 204
Miami, Florida 33185
Counsel for Plaintiff