UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

**ROSE WISE**
        **Plaintiff,**                                        CASE NO: 15-CV-60686-DPG

vs.

**CITY OF LAUDERHILL**
        **Defendants.**
_____/

### PLAINTIFF'S WITNESS LIST

COMES NOW, **ROSE WISE**., (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel and pursuant to this Honorable Court's Scheduling Order, submits the following Witness List:

1. Sean Flanagan
   Structural inspector
   Coconut Creek City Hall
   900 NW 43 rd Avenue
   Coconut Creek, FL 33066

2. Bob Clarke
   City of Lauderhill former building inspector
   4250 NW 24th Street
   Lauderhill, Florida 33313

3. Joseph Fahey
   Broward Unsafe Structures
   Chief Structural Inspector
   240 lake Drive
   Coconut Creek, Florida 33066

4. Delroy Aiken
   Broward Unsafe Structures
   Broward Government Center West
   1 North University Drive
   Plantation, Florida 33324

5. Marc Celetti
   City of Lauderhill, Interim Fire Chief
   1980 NW 56th Avenue
   Lauderhill, Florida 33313

6. Ana Sanchez
   City of Lauderhill
   accounting clerk
   5581 West Oakland Park Boulevard
   Lauderhill, Florida 33313

7. Crognale & Associates Construction, Inc.
   2801 NE 51st Street, Suite 4,
   Ft. Lauderdale, Florida 33308

8. Ron Defrancisco
   Code Enforcement Unit
   2000 City Hall Drive
   Lauderhill, Florida 33313

9. Arnold Seldin
   Code Enforcement Unit
   2000 City Hall Drive
   Lauderhill, Florida 33313

10. Darryl Jordan
    Code Enforcement Unit
    2000 City Hall Drive
    Lauderhill, Florida 33313

11. Jim Notarianni
    Code Enforcement Unit
    2000 City Hall Drive
    Lauderhill, Florida 33313

12. Don Giancoli
    Code Enforcement Unit
    2000 City Hall Drive
    Lauderhill, Florida 33313

13. Indar Maharaj
    Capital Projects manager
    Department of Environmental & Engineering Services
    2000 City Hall Drive

        Lauderhill, Florida 33313

14.    Rose Wise
        c/o Law Office of Ray Garcia, P.A.
        14850 SW 26th Street, Suite 204
        Miami, Florida 33185

**The Law Office of Ray Garcia, P.A.**
14850 SW 22nd Street, Suite 204
Miami, Florida 33185
Telephone: (305) 227-4030
Facsimile: (305) 223-9811

By: _/s/ Ray Garcia_
Ray Garcia, Esq.
Florida Bar No. 115850
rgarcia@raygarcialaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on JANUARY 11th 2016, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified in the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing System:

By: */s/ Ray Garcia*
Ray Garcia, Esq.

**SERVICE LIST**
**(Case No.: 15-CV-60686-DPG)**

**Douglas Todd Marx, Esq.**
Dmarx@waldmanlawfirm.com
Waldman Trigoboff Hildebrandt Marx
& Calnan, P.A.
500 East Broward Blvd.
Suite 1700
Fort Lauderdale, Florida 33394
Counsel for Defendant

**William Edward Calnan, Esq.**
wcalnan@waldmanlawfirm.com
Waldman Trigoboff Hildebrandt Marx
& Calnan, P.A.
500 East Broward Blvd.
Suite 1700
Fort Lauderdale, Florida 33394
Counsel for Defendant

**Ray Garcia, Esq.**
service@raygarcialaw.com
rgarcia@raygarcialaw.com
The Law Office of Ray Garcia, P.A.
14850 SW 26 Street
Suite 204
Miami, Florida 33185
Counsel for Plaintiff