UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-60686-CIV-GAYLES

ROSE WISE,
              Plaintiff,

v.

CITY OF LAUDERHILL,
              Defendant.
_____/

# FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court enters final judgment in this action **IN FAVOR OF** Defendant City of Lauderhill, and **AGAINST** Plaintiff Rose Wise. The Plaintiff shall take nothing from this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of June, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE