UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-60686-CIV-GAYLES

FILED BY ᴄʙʀ D.C.
AUG 1 2 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

ROSE WISE,

    Plaintiff,

v.

CITY OF LAUDERHILL,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Rose Wise, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Final Judgment entered in the above named case in favor of Defendant City of Lauderhill entered on July 14, 2016 (Doc. 47), and the July 13, 2016, Order granting Defendants' Motion for Summary Judgment (Doc. 46).

Respectfully submitted,

*Rose Wise*
ROSE WISE
Pro Se
1700 N.W. 15th Ave.
Ft. Lauderdale, Florida 33311
Tel: (954) 446-5959

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on **August 12**, **2016** to Douglas T. Marx and William E. Calnan, Waldman Trigoboff

Hildebrandt Marx & Calnan, P.A., 500 East Broward Blvd., Suite 1700, Fort Lauderdale, Florida 33394.

/s/ Rose Wise
ROSE WISE
Pro Se