UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-60686-CIV-GAYLES

FILED BY ___HH___

Aug 19, 2016

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

ROSE WISE,

    Plaintiff,

v.

CITY OF LAUDERHILL,

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Rose Wise, Plaintiff in the above named case, hereby appeals

to the United States Court of Appeals for the Eleventh Circuit the Final Judgment entered in the

above named case in favor of Defendant City of Lauderhill entered on July 14, 2016 (Doc. 47),

and the July 13, 2016, Order granting Defendants' Motion for Summary Judgment (Doc. 46).

Respectfully submitted,

*Rose Wise*

ROSE WISE
Pro Se
1700 N.W. 15th Ave.
Ft. Lauderdale, Florida 33311
Tel: (954) 446-5959

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S.

Mailon **August 12 , 2016**to Douglas T. Marx and William E. Calnan, Waldman Trigoboff

Hildebrandt Marx & Calnan, P.A., 500 East Broward Blvd., Suite 1700, Fort Lauderdale, Florida

33394.

Rose Wise

ROSE WISE

Pro Se